# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-00207-01-CR-W-DGK |
| ) | |
| DENNIS LAMONT EVERETTE, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On June 28, 2017, the Grand Jury returned a one-count Indictment charging Defendant Dennis Lamont Everette with production of child pornography.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:

    Government: Teresa A. Moore
    Case Agent: Mike Daniels, FBI
    Defense: Martin D. Warhurst

**OUTSTANDING MOTIONS**: none

**TRIAL WITNESSES**:

    Government: 8 with stipulations; without stipulations
    Defendants: 1 witness, including the Defendant

**TRIAL EXHIBITS**

    Government: 28; if defendant testifies then it would be closer to 31
    Defendant: 0

**DEFENSES**: General denial.

**POSSIBLE DISPOSITION**:
    ( X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME:   2.5 days total**
    Government's case including jury selection:  2 days
    Defense case:  0.5 days

**STIPULATIONS**: Stipulation as to the testimony of Richard Wanegate for LG Electronics stipulating that LG telephones are manufactured outside the United States

**UNUSUAL QUESTIONS OF LAW:**  none anticipated

**FILING DEADLINES:**

    **Witness and Exhibit List** (per the Scheduling and Trial Order, all Witness and Exhibit Lists were due thirty days prior to trial)

        Government:  Amended Witness List filed December 14, 2018
                            Exhibit List filed December 14, 2018
        Defense:  (none filed) **Due on or before December 24, 2018**

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions:  Due by noon, Wednesday, January 2, 2019.**

    **Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: Due on or before January 2, 2019.**

**TRIAL SETTING**: Criminal jury trial docket set January 7, 2019.

    **Please note:** Both parties are available both weeks.


    **IT IS SO ORDERED.**


                                              */s/ Lajuana M. Counts*
                                              Lajuana M. Counts
                                              United States Magistrate Judge